IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

**FILED**
NOV 1 2 2015 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

Sylvia Cobbins
)
)
)
)
)
**Name of Plaintiff**
)
)
v.
)
Metro School Board
)
of Education
)
)
)
)
**Name of Defendant(s)**

Case No. _____
(To be assigned by Clerk)

Jury Demand  ☐ Yes  ☐ No

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff Sylvia Cobbins, is a citizen of the United States and resides at
108 Chestnut Street, Nashville,
Street address                                City
Davidson, Tenn, 37210, 615-618-5662
County        State      Zip Code   Telephone Number

3. Defendant, Metro Schools resides at, or its business is located at
2601 Bransford Ave, Nashville,
Street address                        City
Davidson, Tenn, 37204
County        State      Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

_N/A_

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at  _Board of Education 2601 Bransford Ave_, _Nash_,
   Street address                                                       City
   _Davidson_, _Tenn_, _37204_.
   County         State        Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about _____ _2010_/_2015_.
   Month                Day    Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about _____.
   Month        Day        Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on _____
   Month
   _____ _____, a copy of which Notice is attached.
   Day            Year

8. Because of Plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

3

a. _____ failed to employ Plaintiff.

b. _____ terminated Plaintiff's employment.

c. _____ failed to promote Plaintiff.

d. _____ retaliated against Plaintiff for having filed a charge of discrimination.

e. ✓ other. Explain: I been working for Metro School since 95 and I was injured on duty 7-1-2010 ~~2009~~ 1st day of disability 6-30-2010 last day on payroll 2-7-2009 last day I worked and I have serveral medical issues with doctors statements

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

I was denied I recieved an Unfavorable decision from the Appeal Council. And I have serveral statements saying I cannot work. A representative from Metro School started threating me and harrassing me by saying if I didn't attend school I will no recieve my pension. Although doctor records show severe issues with fine motor skills,

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a. _____ are still being committed by Defendant.

b. ✓ are no longer being committed by Defendant.

c. _____ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

   **WHEREFORE**, Plaintiff prays that the Court grant the following relief:

   a. _____ direct that Defendant employ Plaintiff, or

   b. _____ direct that Defendant re-employ Plaintiff, or

   c. _____ direct that Defendant promote Plaintiff, or

   d. \_\_✓\_\_ order other equitable or injunctive relief: _____.

   e. \_\_✓\_\_ direct that Defendant pay Plaintiff back pay in the amount of *from the time filed* and interest on back pay;

   f. _____ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____.

   g. _____ direct that Defendant pay Plaintiff punitive damages in the amount of _____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

   _[signature]_
   (Signature of Plaintiff)