

STPS_Saint Thomas Physician Services • 300 20th Ave N, NASHVILLE TN 37203-2131

**COBBINS, SYLVIA D (id #35731, dob: 08/05/1968)**


Saint Thomas Health
WITH YOU. FOR LIFE.

Date: 10/24/2014
RE: Sylvia Cobbins, DOB: 08/05/1968, PT ID #35731
To Whom It May Concern:

Ms. Cobbins is being seen by me for carpal tunnel syndrome. She has had carpal tunnel syndrome for the past 3 years and I both hands. She returned to work following her surgery which resulted in the reinjuring of both hands. Re-injury is very comm return to performing the same tasks that originally caused the injury.

Because of the nature of her problem, she has impaired grip strength in her hands and is unable to perform certain fine and g activities i.e. writing, gripping, or lifting. Simply put, Ms. Cobbins is no longer able to hold the handle of a vacuum, broom or r unable to write.

Please contact me for more information if necessary.

Sincerely,

Electronically Signed by: KITA WILLIAMS, MD

*K.V. Williams, M.D.*

**Encounter Reason/Date**

STPS_Saint Thomas Physician Services                                    Cobbins, Sylvia D. (ID: 35731), D

# Nashville
# Medical Group
An affiliate of Baptist Hospital

**Downtown**
300 20th Avenue North, Floors 7-9
Nashville, TN 37203

**Cool Springs**
7105 South Springs Drive, Suite 111
Franklin, TN 37067

**Mt. Juliet**
5002 Crossings Circle, Suite 180
Mt. Juliet, TN 37122

**South**
6005 Nolensville Road, Suite 205
Nashville, TN 37211

Tel 615.284.1400
www.nashvillemedicalgroup.com

Sylvia Cobbins
108 Chestnut Street
Nashville, TN 37210

1/15/2011

Patient Name: Sylvia Cobbins
DOB: 08/05/1968

To Whom it May Concern:

Ms. Cobbins is unable to partake in GED due to medical illness, specificaly intractable carpal tunnel syndrome.

Sincerely,

**Electronically Signed by: Robert L. Forti MD**
NMG 8th Floor
300 20th Ave North
Nashville, TN 372032131
Phone: (615)284-1400
Fax: (615)284-1420

STPS_Saint Thomas Physician Services • 300 20th Ave N, NASHVILLE TN 37203-2131

**COBBINS, SYLVIA D (id #35731, dob: 08/05/1968)**



WITH YOU. FOR LIFE.

Date: 10/24/2014
RE: Sylvia Cobbins, DOB: 08/05/1968, PT ID #35731
To Whom It May Concern:

Ms. Cobbins is being seen by me for carpal tunnel syndrome. She has had carpal tunnel syndrome for the past 3 years and I both hands. She returned to work following her surgery which resulted in the reinjuring of both hands. Re-injury is very comm return to performing the same tasks that originally caused the injury.

Because of the nature of her problem, she has impaired grip strength in her hands and is unable to perform certain fine and g activities i.e. writing, gripping, or lifting. Simply put, Ms. Cobbins is no longer able to hold the handle of a vacuum, broom or r unable to write.

Please contact me for more information if necessary.


Sincerely,

Electronically Signed by: KITA WILLIAMS, MD

*K. Williams, M.D.*



**Encounter Reason/Date**

STPS_Saint Thomas Physician Services                              Cobbins, Sylvia D (ID: 35731), D

**MARNI GROVES, MSN, NP-C**
VANDERBILT UNIVERSITY MEDICAL CENTER
THE VANDERBILT CLINIC, SUITE 2501-A
NASHVILLE, TN 37232  Fax# 615-343-3813

PHONE: 615-322-1900       DEA# MG 1154967

NAME: Sylvia Cobbins       AGE: ___
ADDRESS: ___       DATE: 4/6/15

℞ Patient cannot lift above shoulder level / above head due to her current health condition regarding her joints & muscles. She can not write or type nor drive due to her joint pains. Her carpal tunnel is also giving her issues as well. She will be appealing her disability denial. She is not physically able to complete her job @ this time.

REFILL ___ TIMES

___ MSN, NP-C    ___ MSN, NP-C
SUBSTITUTION ALLOWED    DISPENSE AS WRITTEN

MC 0510 (7/2009)