UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SYLVIA COBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3-15-01216 ) Senior Judge Haynes |
| METRO SCHOOL/BOARD OF EDUCATION, | ) ) ) |
| Defendant. | ) ) |

## O R D E R

By Order (Docket Entry No. 4) entered on December 8, 2015, the Court granted Plaintiff twenty one (21) days to show cause why her complaint should not be dismissed for a failure to file a timely charge and produce a right-to-sue letter from the EEOC. The Court warned that it could dismiss the action for Plaintiff's failure to comply with a necessary precondition for this claim. The record reflects by Plaintiff's signature that Plaintiff received the Order by certified mail on or around December 11, 2015. (Docket Entry No. 6). Plaintiff failed to comply with the Court's Order.

District courts have the inherent power to *sua sponte* dismiss an action for want of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." Link v. Wabash Railroad, 370 U.S. 626, 630-31 (1962). This action is hereby **DISMISSED without prejudice** for failure to comply with the Court's Order and for failure to prosecute. Fed. R. Civ. P. 41(b).

Because an appeal would **NOT** be taken in good faith, the Plaintiff is **NOT** certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___14th___ day of July, 2016.

_____
WILLIAM J. HAYNES, JR.
Senior United States District Judge